**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.   05-cr-00322-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      JAMAUL LAMONT HILL,

        Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that a supervised release violation hearing regarding Defendant Hill is set **Wednesday, April 13, 2011 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

Dated:   April 6, 2011